

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUICKVIEW SYSTEMS INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3-04-CV-1254-B |
| BELO INTERACTIVE, INC., | § § § | |
| Defendant. | § § | |

## STIPULATED ORDER AND JUDGMENT

WHEREAS, Plaintiff Quickview Systems Inc. ("Quickview") and Defendant Belo Interactive, Inc. ("Belo") are the PARTIES to this litigation, which involves Quickview's claims of infringement of its patent, U.S. Reissue Pat. No. 36,653 (the "'653 Patent"); and

WHEREAS, this Court has jurisdiction over the PARTIES and the subject matter pursuant to 35 U.S.C. § 271 *et seq.* and 28 U.S.C. § 1338, and venue is proper under 28 U.S.C. §§ 1391(b), (c), and (d), as well as 28 U.S.C. § 1400(b); and

WHEREAS, the Court issued an Order on September 7, 2005 [Docket No. 76] adopting the July 18, 2005 Findings and Recommendations of the United States Magistrate Judge [Docket No. 73] with respect to the claim limitations "line" and "a computer," over Quickview's objections; and

WHEREAS, while Quickview continues to assert that these recommendations are erroneous as a matter of law, it agrees that, based only on the interpretation of the claims of the

'653 Patent as determined by the Court in its September 7, 2005 Order, Belo has not in the past infringed, nor is it now infringing, any claim of the '653 Patent.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT:

1. Quickview and Belo agree to the entry of judgment in Belo's favor and the dismissal on the merits of the complaint against Belo;

2. This stipulated order and judgment is not intended to and does not affect or dismiss any claim or claims upon any matter whatsoever that Quickview now has or may have in the future against any other person or entity, other than Belo;

3. This stipulated order and judgment is also without prejudice to Quickview's right to appeal from the claim construction embodied in the Court's order of September 7, 2005;

4. The complaint is hereby dismissed on the merits; and

5. Each Party shall bear its own costs.

SIGNED this 1st day of Nov. ~~October~~, 2005.

JANE BOYLE
UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO AS TO FORM AND CONTENT:

QUICKVIEW SYSTEMS INC.

By: __s/ Raj K. Krishnan__

Printed Name: __Raj K. Krishnan__

Title: __Attorney for Plaintiff Quickview Systems Inc.__

Date: __10/28/05__

BELO INTERACTIVE, INC.

By: __s/ Christopher M. Joe__

Printed Name: __Christopher M. Joe__

Title: __Attorney for Defendant Belo Interactive, Inc.__

Date: __10/28/05__

# **<u>CLOSED</u>**

**CASE NUMBER: 3:04-CV-1254-B**

**DATE: November 1, 2005**

**TRIAL:   YES_____   NO___X____**